1  BANNING MICKLOW BULL & LOPEZ LLP
   Kurt Micklow, State Bar No. 113974
2  Edward M. Bull III, State Bar No. 141996
   One Market, Steuart Tower, Suite 1440
3  San Francisco, California 94105-1528
   Telephone:  (415) 399-9191
4  Facsimile:   (415) 399-9192

5  Attorneys for Plaintiff,
   R. GIL MCDOUGALD
6
   PRINDLE, DECKER & AMARO LLP
7  Jack C. Nick, State Bar No. 160196
   310 Golden Shore, Fourth Floor
8  P.O. Box 22711
   Long Beach, CA 90801-5511
9  Telephone: (562) 436-3946
   Facsimile: (562) 495-0564
10
   Attorneys for Defendants
11 OARS CANYONLANDS, INC., GEORGE
   WENDT and O.A.R.S., INC.
12

13              UNITED STATES DISTRICT COURT

14              EASTERN DISTRICT OF CALIFORNIA

15                  FRESNO DIVISION

16 R. GIL MCDOUGALD,                    )   Civ. F-04-6057 OWW DLB
                                        )
17              Plaintiff,              )   **STIPULATION AND  ORDER**
                                        )   **EXTENDING SEVERAL**
18 vs.                                  )   **DEADLINES IN THE**
                                        )   **SCHEDULING**
19 O.A.R.S., INC., a corporation, OARS  )   **CONFERENCE ORDER**
   CANYONLANDS, INC., a corporation,    )
20 NORTH AMERICAN RIVER                 )
   EXPEDITIONS, INC., a corporation, M/V)
21 METAL CRAFT JET BOAT bearing VIN     )
   1FWE02522XAO23408, her engines,      )
22 tackle, apparel, furniture, and      )
   appurtenances, and DOES 1 through 10,)
23 inclusive.                           )
                                        )
24              Defendants.             )
   _____)
25

26              **I.    RECITALS**

27        WHEREAS Plaintiff R. GIL MCDOUGALD ("Plaintiff") and Defendants

28 O.A.R.S., INC., GEORGE WENDT and OARS CANYONLANDS, INC.,

                                                                      1

1   (collectively "Defendants"), by and through their respective counsel of record

2   herein, have been diligently pursuing discovery in this case;

3       WHEREAS notwithstanding the diligence of the parties, some essential

4   discovery has not yet been completed due at least in part to the fact that the

5   parties' initial discovery efforts and motion practice have been focused on the

6   motion to transfer venue filed by Defendants and opposed by Plaintiff which is

7   currently under submission;

8       WHEREAS the earliest that the parties could arrange to inspect the jet boat

9   and trailer and take depositions in Utah is the week of June 20, 2005;

10      WHEREAS the Scheduling Conference Order dated November 18, 2004,

11  establishes the following deadlines, among others: 1) completion of all non-expert

12  discovery on or before June 1, 2005; 2) disclosure of all expert witnesses on or

13  before June 24, 2005 with any supplemental expert witnesses disclosed on or

14  before July 25, 2005; and 3) completion of all expert discovery on or before

15  August 24, 2005; and

16      WHEREAS the parties would like to respectfully request that the above

17  deadlines be extended briefly to allow the parties to complete both percipient and

18  expert discovery,

19              **II.    STIPULATION**

20      IT IS HEREBY STIPULATED, between Plaintiff and Defendants, by and

21  through their respective counsel of record herein, that the Court be respectfully

22  requested to modify the following dates in the November 18, 2004 Scheduling

23  Order, with all other deadlines remaining the same:

24      1)      Extend the date for completion of all non-expert discovery from June

25              1, 2005 to August 1, 2005;

26      2)      Extend the date for disclosure of all expert witnesses from June 24,

27              2005 to August 15, 2005 with supplemental disclosure of expert

28              witnesses extended from July 25, 2005 to August 26, 2005; and

2

STIPULATION AND PROPOSED ORDER EXTENDING SEVERAL
DEADLINES IN THE SCHEDULING CONFERENCE ORDER          [Case No. F-04-6057 OWW DLB]

3)      Extend the date for completion of all expert discovery from August 24, 2005 to September 12, 2005.

DATED: May 25, 2005          BANNING MICKLOW BULL & LOPEZ LLP


                             By ___/s/ Kurt Micklow_____

                                Kurt Micklow

                             Attorneys for Plaintiff
                             R. GIL MCDOUGALD

DATED: May 25, 2005          PRINDLE, DECKER & AMARO LLP


                             By ___/s/ Jack C. Nick_____

                                Jack C. Nick

                             Attorneys for OARS CANYONLANDS, INC.,
                             GEORGE WENDT and O.A.R.S., INC.

**CERTIFICATE OF SIGNATURE**

I attest that the content of this document is acceptable to attorney, Jack C. Nick, and that he authorized me to sign the document on his behalf.

 /s/ Kurt Micklow_____




**III.    ORDER**

IT IS SO ORDERED.


DATED: _____      _____
           5/26/05              /s/ OLIVER W. WANGER
                                Oliver W. Wanger
                                UNITED STATES DISTRICT JUDGE

STIPULATION AND PROPOSED ORDER EXTENDING SEVERAL
DEADLINES IN THE SCHEDULING CONFERENCE ORDER          [Case No. F-04-6057 OWW DLB]