1  BANNING MICKLOW BULL & LOPEZ LLP
   Kurt Micklow, State Bar No. 113974
2  Edward M. Bull III, State Bar No. 141996
   One Market, Steuart Tower, Suite 1440
3  San Francisco, California 94105-1528
   Telephone:  (415) 399-9191
4  Facsimile:   (415) 399-9192

5  Attorneys for Plaintiff,
   R. GIL MCDOUGALD
6
   PRINDLE, DECKER & AMARO LLP
7  Jack C. Nick, State Bar No. 160196
   310 Golden Shore, Fourth Floor
8  P.O. Box 22711
   Long Beach, CA 90801-5511
9  Telephone: (562) 436-3946
   Facsimile: (562) 495-0564
10
   Attorneys for Defendants
11 OARS CANYONLANDS, INC., GEORGE
   WENDT and O.A.R.S COMPANIES, INC.
12

13              UNITED STATES DISTRICT COURT

14             EASTERN DISTRICT OF CALIFORNIA

15                   FRESNO DIVISION

16 R. GIL MCDOUGALD,            )  Civ. F-04-6057 OWW DLB
                                )
17             Plaintiff,       )  **STIPULATION AND**
                                )  **PROPOSED ORDER**
18 vs.                          )  **VACATING THE CURRENT**
                                )  **SCHEDULING ORDER**
19 O.A.R.S. COMPANIES, INC., a  )  **DATES AND SETTING A**
   corporation, OARS CANYONLANDS, )  **NEW SCHEDULING**
20 INC., a corporation, GEORGE WENDT, an )  **CONFERENCE**
   individual, M/V METAL CRAFT JET )
21 BOAT bearing VIN             )
   1FWE02522XAO23408, her engines, )
22 tackle, apparel, furniture, and )
   appurtenances, and DOES 1 through 10, )
23 inclusive.                   )
                                )
24             Defendants.      )
   _____)
25
                      I.    RECITALS
26
27         WHEREAS by order dated July 26, 2005, Magistrate Judge Dennis L. Beck

28 granted  Plaintiff R. GIL MCDOUGALD ("Plaintiff") leave to file a second

1

STIPULATION AND PROPOSED ORDER VACATING THE CURRENT
SCHEDULING ORDER DATES AND SETTING A NEW SCHEDULING
CONFERENCE                                  [Case No. F-04-6057 OWW DLB]

1  amended complaint which added O.A.R.S. COMPANIES, INC.,

2  ("COMPANIES") in place of Defendant O.A.R.S., INC.;

3       WHEREAS Plaintiff has now filed his second amended complaint and is

4  arranging service of process on COMPANIES;

5       WHEREAS Defendants OARS CANYONLANDS, INC., GEORGE

6  WENDT and O.A.R.S. COMPANIES, INC., (collectively "Defendants") have

7  informed Plaintiff that they will be filing a third party action against the company

8  that designed and manufactured the trailer that was involved in Plaintiff's

9  accident.  The identity, role and potential liability of this third party defendant

10 only became apparent to the parties following the recent depositions and vessel

11 and trailer inspection that took place in Utah in late June 2005;

12      WHEREAS Plaintiff agrees with Defendants concerning the propriety and

13 necessity of bringing this company into this action as a third party defendant;

14      WHEREAS the Scheduling Order dated November 18, 2004, as later

15 amended, has set a trial and pre-trial schedule which begins with discovery cut-off

16 on August 1, 2005, and culminating with trial on January 18, 2006;

17      WHEREAS the current pre-trial and trial schedule is not workable given the

18 fact that a new party will be added to the case and has not yet even been served

19 with a third party complaint; and

20      WHEREAS the parties would like to respectfully request that the current

21 pre-trial and trial schedule as set by the Scheduling Order dated November 18,

22 2004, as later amended, be vacated and a new scheduling conference be scheduled

23 at a date and time convenient for the Court in approximately ninety (90) days from

24 the date of this stipulation and proposed order in order to provide sufficient time to

25 allow the new third party defendant to make its appearance,

26

27

28

STIPULATION AND PROPOSED ORDER VACATING THE CURRENT
SCHEDULING ORDER DATES AND SETTING A NEW SCHEDULING
CONFERENCE                                    [Case No. F-04-6057 OWW DLB]

## II.    STIPULATION

IT IS HEREBY STIPULATED, between Plaintiff and Defendants, by and through their respective counsel of record herein, that the Court be respectfully requested to order that the current pre-trial and trial schedule be vacated and a new scheduling conference be scheduled at a date and time convenient for the Court in approximately ninety (90) days from the date of this stipulation and proposed order.

DATED: August 2, 2005          BANNING MICKLOW BULL & LOPEZ LLP


By ___/s/ Kurt Micklow_____

Kurt Micklow

Attorneys for Plaintiff

DATED: August 2, 2005          PRINDLE, DECKER & AMARO LLP


By ___/s/ Jack C. Nick_____

Jack C. Nick

Attorneys for Defendants

### CERTIFICATE OF SIGNATURE

I attest that the content of this document is acceptable to attorney, Jack C. Nick, and that he authorized me to sign the document on his behalf.

___/s/ Kurt Micklow_____

## III.    ORDER

IT IS SO ORDERED.  A new scheduling conference shall take place on ___November 10___, 2005, at _8:45 a.m.__.


DATED: __August 4, 2005       __/s/ OLIVER W. WANGER_____
Oliver W. Wanger
UNITED STATES DISTRICT JUDGE

3

STIPULATION AND PROPOSED ORDER VACATING THE CURRENT
SCHEDULING ORDER DATES AND SETTING A NEW SCHEDULING
CONFERENCE                                    [Case No. F-04-6057 OWW DLB]