BANNING MICKLOW BULL & LOPEZ LLP
Kurt Micklow, State Bar No. 113974
Edward M. Bull III, State Bar No. 141996
One Market, Steuart Tower, Suite 1440
San Francisco, California 94105-1528
Telephone:  (415) 399-9191
Facsimile:   (415) 399-9192

Attorneys for Plaintiff,
R. GIL MCDOUGALD

PRINDLE, DECKER & AMARO LLP
Jack C. Nick, State Bar No. 160196
310 Golden Shore, Fourth Floor
P.O. Box 22711
Long Beach, CA 90801-5511
Telephone: (562) 436-3946
Facsimile: (562) 495-0564

Attorneys for Defendants
OARS CANYONLANDS, INC., GEORGE WENDT and O.A.R.S COMPANIES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| R. GIL MCDOUGALD,<br><br>            Plaintiff,<br><br>vs.<br><br>O.A.R.S. COMPANIES, INC., a corporation, OARS CANYONLANDS, INC., a corporation, GEORGE WENDT, an individual, M/V METAL CRAFT JET BOAT bearing VIN 1FWE02522XAO23408, her engines, tackle, apparel, furniture, and appurtenances, and DOES 1 through 10, inclusive.<br><br>            Defendants.<br>_____<br><br>AND RELATED THIRD-PARTY ACTIONS<br>_____ | Civ. F-04-6057 OWW DLB<br><br>**STIPULATION AND ORDER CONTINUING SCHEDULING CONFERENCE**<br><br>Date:     **November 10, 2005**<br>Time:     **8:45 a.m.**<br>Court:    **2** |

## I.   RECITALS

WHEREAS on or about August 2, 2005, Plaintiff R. GIL MCDOUGALD ("Plaintiff") and Defendants OARS CANYONLANDS, INC., GEORGE WENDT and O.A.R.S. COMPANIES, INC., (collectively "Defendants") filed a Stipulation and Proposed Order Vacating the Current Scheduling Order Dates and Setting a New Scheduling Conference approximately ninety days in the future in order to allow Defendants to serve process on the newly added third party defendant, METAL CRAFT, INC., ("Metal Craft") and to allow time for MC to appear before the scheduling conference;

WHEREAS Defendants served their third party complaints on MC on or about September 30, 2005;

WHEREAS third party defendant MC has yet to appear in the action and is therefore not available to participate in the scheduling conference currently set for November 10, 2005; and

WHEREAS the parties would like to respectfully request that the current scheduling conference be continued to a date approximately thirty (30) days later in order to allow the new third party defendant to make its appearance and be able to participate in setting new dates in this matter,

## II.   STIPULATION

IT IS HEREBY STIPULATED, between Plaintiff and Defendants, by and through their respective counsel of record herein, that the Court be respectfully requested to order that the scheduling conference currently set for November 10, 2005 be continued for approximately thirty (30) days to allow the new third party defendant to make its appearance and participate in the scheduling conference.

| | | |
|---|---|---|
| 1 | DATED: October 27, 2005 | BANNING MICKLOW BULL & LOPEZ LLP |
| 2 | | |
| 3 | | By     /s/ Kurt Micklow |
| 4 | | Kurt Micklow |
| 5 | | Attorneys for Plaintiff |
| 6 | | |
| 7 | DATED: October 27, 2005 | PRINDLE, DECKER & AMARO LLP |
| 8 | | |
| 9 | | By     /s/ Jack C. Nick |
| 10 | | Jack C. Nick |
| 11 | | Attorneys for Defendants |

**CERTIFICATE OF SIGNATURE**

I attest that the content of this document is acceptable to attorney, Jack C. Nick, and that he authorized me to sign the document on his behalf.

     /s/ Kurt Micklow

### III.    ORDER

IT IS SO ORDERED.  The scheduling conference currently set for November 10, 2005 shall be continued until _December 15, 2005, at _8:45 a.m.

DATED: _October 28, 2005     __/s/ OLIVER W. WANGER_____
Oliver W. Wanger
UNITED STATES DISTRICT JUDGE