BANNING MICKLOW BULL & LOPEZ LLP
Kurt Micklow, State Bar No. 113974
Edward M. Bull III, State Bar No. 141996
One Market, Steuart Tower, Suite 1440
San Francisco, California 94105-1528
Telephone:  (415) 399-9191
Facsimile:   (415) 399-9192

Attorneys for Plaintiff,
R. GIL MCDOUGALD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| R. GIL MCDOUGALD,<br><br>    Plaintiff,<br><br>vs.<br><br>O.A.R.S. COMPANIES, INC., a corporation, OARS CANYONLANDS, INC., a corporation, GEORGE WENDT, an individual, M/V METAL CRAFT JET BOAT bearing VIN 1FWE02522XAO23408, her engines, tackle, apparel, furniture, and appurtenances, and DOES 1 through 10, inclusive.<br><br>    Defendants.<br>_____<br>AND RELATED THIRD-PARTY ACTIONS<br>_____ | Civ. F-04-6057 OWW DLB<br><br>**STIPULATION AND ORDER RESCHEDULING HEARING ON MOTIONS FILED BY THIRD-PARTY DEFENDANT METAL CRAFT, INC.** |

## I.  RECITALS

WHEREAS on or about November 18, 2005, Third-Party Defendant METAL CRAFT, INC., ("Metal Craft") filed two motions to strike the third-party complaints filed by Defendants and Third-Party Plaintiffs OARS CANYONLANDS, INC. ("Canyonlands"), and GEORGE WENDT ("Wendt"), noticing the hearing on these motions for January 9, 2006;

WHEREAS on or about December 9, 2005, Third-Party Defendant Metal

1

STIPULATION AND PROPOSED ORDER RESCHEDULING HEARING ON MOTIONS FILED BY THIRD-PARTY DEFENDANT METAL CRAFT, INC. [Case No. F-04-6057 OWW DLB]

1  Craft filed another motion to transfer venue of the entire action to the District of
2  Utah pursuant to 28 U.S.C. §1404(a), setting the hearing for January 9, 2005;
3      WHEREAS counsel for Plaintiff R. GIL MCDOUGALD requested that the
4  parties agree to postpone the hearing on the motion to transfer venue for at least
5  several weeks on the grounds that he was the lead attorney for Plaintiff, that
6  Plaintiff would be opposing the motion to transfer, that he was scheduled to be out
7  of the country on holiday for a two week period encompassing Christmas, and
8  that, under those circumstances, there was inadequate time for him to prepare and
9  file his client's opposition given that he was leaving country in several days and
10 would not be back until after the opposition was due; and
11     WHEREAS counsel for Defendants and counsel for Third-Party Defendant
12 graciously agreed to postpone the hearing on the transfer of venue motion until
13 February 6, 2006, provided that the hearings on the other two motions to strike the
14 third-party complaints were similarly rescheduled until February 6, 2006,

## II.   STIPULATION

16     WHEREFORE, it is hereby stipulated, by and among the parties, by and
17 through their respective counsel of record herein, that the Court be respectfully
18 requested to order that the hearings on Third-Party Metal Craft's motions to
19 transfer venue and to strike the third-party complaints filed by Canyonlands and
20 Wendt currently scheduled for January 9, 2006, be continued until February 6,
21 2006 at 10:00 a.m. in Courtroom 2 of the above-entitled court in order to allow the
22 parties additional time to brief the issues raised ny the motions.
23 DATED: December 27, 2005    BANNING MICKLOW BULL & LOPEZ LLP
24
25                 By    /s/ Kurt Micklow
26                    Kurt Micklow
27                  Attorneys for Plaintiff
                    R. GIL MCDOUGALD
28

DATED: December 27, 2005     PRINDLE, DECKER & AMARO LLP

By   /s/ Jack C. Nick

Jack C. Nick

Attorneys for Defendants and Third-Party Plaintiffs O.A.R.S. COMPANIES, INC., OARS CANYONLANDS, INC., and GEORGE WENDT

**CERTIFICATE OF SIGNATURE**

I attest that the content of this document is acceptable to attorney, Jack C. Nick, and that he authorized me to sign the document on his behalf.

  /s/ Kurt Micklow

DATED: December 27, 2005     PAYNE & FEARS LLP

By   /s/ Daniel L. Rasmussen

Daniel L. Rasmussen

Attorneys for Third-Party Defendant METAL CRAFT, INC.

**CERTIFICATE OF SIGNATURE**

I attest that the content of this document is acceptable to attorney, Daniel L. Rasmussen, and that he authorized me to sign the document on his behalf.

  /s/ Kurt Micklow

### III.    ORDER

The hearings on the motions to transfer venue and to strike the third-party complaints of Canyonlands and Wendt filed by Third-Party Defendant Metal Craft, Inc., are continued from January 9, 2006, until February 6, 2006 at 10:00 a.m. in Courtroom 2. Any oppositions to said motions shall be filed on or before January 23, 2006, and any replies shall be filed on or before January 30, 2006.

3

STIPULATION AND PROPOSED ORDER RESCHEDULING HEARING ON
MOTIONS FILED BY THIRD-PARTY DEFENDANT METAL CRAFT, INC. [Case No. F-04-6057 OWW DLB]

1 | IT IS SO ORDERED.
2 |
3 | DATED: _January 3, 2006        __/s/ OLIVER W. WANGER_____
  |                                   Oliver W. Wanger
4 |                                UNITED STATES DISTRICT JUDGE

STIPULATION AND PROPOSED ORDER RESCHEDULING HEARING ON
MOTIONS FILED BY THIRD-PARTY DEFENDANT METAL CRAFT, INC. [Case No. F-04-6057 OWW DLB]