BANNING MICKLOW & BULL LLP
Kurt Micklow, State Bar No. 113974
Edward M. Bull III, State Bar No. 141996
One Market, Steuart Tower, Suite 1440
San Francisco, California 94105-1528
Telephone:  (415) 399-9191
Facsimile:   (415) 399-9192

Attorneys for Plaintiff,
R. GIL MCDOUGALD

PRINDLE, DECKER & AMARO LLP
Jack C. Nick, State Bar No. 160196
310 Golden Shore, Fourth Floor
P.O. Box 22711
Long Beach, CA 90801-5511
Telephone: (562) 436-3946
Facsimile: (562) 495-0564

Attorneys for Defendants
O.A.R.S. COMPANIES, INC., OARS
CANYONLANDS, INC., and GEORGE
WENDT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| R. GIL MCDOUGALD,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>O.A.R.S. COMPANIES, INC., a corporation, OARS CANYONLANDS, INC., a corporation, GEORGE WENDT, an individual, M/V METAL CRAFT JET BOAT bearing VIN 1FWE02522XAO23408, her engines, tackle, apparel, furniture, and appurtenances, and DOES 1 through 10, inclusive.<br><br>　　　　　Defendants.<br>_____ | 1: 04 CV 06057 OWW DLB<br><br>**STIPULATION AND ORDER RESCHEDULING HEARING ON DEFENDANTS' MOTION FOR LEAVE TO FILE THIRD-PARTY COMPLAINT** |

## I.　RECITALS

WHEREAS on June 16, 2006, the Court entered a Minute Order setting the

1

STIPULATION AND PROPOSED ORDER RESCHEDULING HEARING ON DEFENDANTS'
MOTION FOR LEAVE TO FILE THIRD-PARTY COMPLAINT　　　　[Case No. F-04-6057 OWW DLB]

1  hearing on Defendants' Motion for Leave to File a Third-Party Complaint for
2  August 11, 2006 at 9:00 a.m. before United States Magistrate Judge Dennis L.
3  Beck;
4
5      WHEREAS counsel for Plaintiff R. GIL MCDOUGALD ("Plaintiff") is not
6  available to attend the hearing set for August 11, 2006 due to a pre-paid family
7  vacation; and
8      WHEREAS, at the request of counsel for Plaintiff, counsel for Defendants
9  O.A.R.S. COMPANIES, INC., OARS CANYONLANDS, INC., and GEORGE
10 WENDT (collectively "Defendants") is willing to stipulate to postponing the
11 hearing on Defendants' Motion for Leave to File Third-Party Complaint until
12 September 1, 2006.

## II.   STIPULATION

14     WHEREFORE, IT IS HEREBY STIPULATED, between Plaintiff and
15 Defendants, by and through their respective counsel of record herein, that
16 Magistrate Judge Beck be respectfully requested to continue the hearing on
17 Defendants' Motion for Leave to File Third-Party Complaint (currently set for
18 August 11, 2006 at 9:00 a.m.) until September 1, 2006, at 9:00 a.m. for the reasons
19 set forth above.
20 ///
21 ///
22 ///
23 ///
24 ///

| | | |
|---|---|---|
| 1 | DATED: July 13, 2006 | BANNING MICKLOW & BULL LLP |
| 2 | | |
| 3 | | By   /s/ Kurt Micklow |
| 4 | | Kurt Micklow |
| 5 | | Attorneys for Plaintiff |
| 6 | | R. GIL MCDOUGALD |
| 7 | DATED: July 13, 2006 | PRINDLE, DECKER & AMARO LLP |
| 8 | | |
| 9 | | By   /s/ Jack C. Nick |
| 10 | | Jack C. Nick |
| 11 | | Attorneys for OARS CANYONLANDS, INC., GEORGE WENDT and O.A.R.S., INC. |

**CERTIFICATE OF SIGNATURE**

I attest that the content of this document is acceptable to attorney, Jack C. Nick, and that he authorized me to sign the document on his behalf.

   /s/ Kurt Micklow

### III.   ORDER

IT IS SO ORDERED.

**Dated:   July 14, 2006**            **/s/ Dennis L. Beck**
                                     UNITED STATES MAGISTRATE JUDGE

3

STIPULATION AND PROPOSED ORDER RESCHEDULING HEARING ON DEFENDANTS'
MOTION FOR LEAVE TO FILE THIRD-PARTY COMPLAINT            [Case No. F-04-6057 OWW DLB]