BANNING MICKLOW & BULL LLP
Kurt Micklow, State Bar No. 113974
Edward M. Bull III, State Bar No. 141996
One Market, Steuart Tower, Suite 1440
San Francisco, California 94105-1528
Telephone:  (415) 399-9191
Facsimile:   (415) 399-9192

Attorneys for Plaintiff,
R. GIL MCDOUGALD

PRINDLE, DECKER & AMARO LLP
Jack C. Nick, State Bar No. 160196
310 Golden Shore, Fourth Floor
P.O. Box 22711
Long Beach, CA 90801-5511
Telephone: (562) 436-3946
Facsimile: (562) 495-0564

Attorneys for Defendants
O.A.R.S. COMPANIES, INC., OARS
CANYONLANDS, INC., and GEORGE
WENDT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| R. GIL MCDOUGALD,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>O.A.R.S. COMPANIES, INC., a corporation, OARS CANYONLANDS, INC., a corporation, GEORGE WENDT, an individual, M/V METAL CRAFT JET BOAT bearing VIN 1FWE02522XAO23408, her engines, tackle, apparel, furniture, and appurtenances, and DOES 1 through 10, inclusive.<br><br>　　　　　Defendants.<br>_____ | Civ. F-04-6057 OWW DLB<br><br>**STIPULATION AND PROPOSED ORDER RESCHEDULING SCHEDULING CONFERENCE** |

## I.   RECITALS

WHEREAS on July 12, 2006, the Court entered an Order Setting Mandatory

---

1 | Scheduling Conference for August 25, 2006 at 8:45 a.m. before United States
2 | District Judge Oliver W. Wanger;
3 |     WHEREAS Plaintiff R. GIL MCDOUGALD ("Plaintiff") and Defendants
4 | O.A.R.S. COMPANIES, INC., OARS CANYONLANDS, INC., and GEORGE
5 | WENDT (collectively "Defendants") have already submitted a stipulation and
6 | proposed order rescheduling the hearing on Defendants' motion for leave to file
7 | third-party complaint pending before the Hon Dennis L. Beck, United States
8 | Magistrate Judge, to September 1, 2006 due to conflicts in counsel's schedules;
9 | and
10 |     WHEREAS the parties would like to have both the Scheduling Conference
11 | and the motion hearing on the same date to minimize their expenses associated
12 | with their counsels' appearances at these hearings,

## II.    STIPULATION

WHEREFORE, IT IS HEREBY STIPULATED, between Plaintiff and Defendants, by and through their respective counsel of record herein, that Court be respectfully requested to continue the Scheduling Conference (currently set for August 25, 2006 at 8:45 a.m.) until September 1, 2006, at 8:45 a.m. for the reasons set forth above.

DATED: July 14, 2006    BANNING MICKLOW & BULL LLP

By   /s/ Kurt Micklow
    Kurt Micklow
Attorneys for Plaintiff
R. GIL MCDOUGALD

DATED: July 14, 2006    PRINDLE, DECKER & AMARO LLP

By   /s/ Jack C. Nick
    Jack C. Nick

|   |   |
|---|---|
| 1 | Attorneys for OARS CANYONLANDS, INC., GEORGE WENDT and O.A.R.S., INC. |

### CERTIFICATE OF SIGNATURE

I attest that the content of this document is acceptable to attorney, Jack C. Nick, and that he authorized me to sign the document on his behalf.

    /s/ Kurt Micklow

### III.   ORDER

The scheduling conference is continued to September 1, 2006 at 8:45 a.m. in Courtroom 3.

The pending motion to amend is transferred for hearing September 1, 2006 to Courtroom 3, at 8: 45 a.m. IT IS SO ORDERED.

**Dated:   July 21, 2006**           **/s/ Oliver W. Wanger**
emm0d6                               UNITED STATES DISTRICT JUDGE

STIPULATION AND PROPOSED ORDER RESCHEDULING SCHEDULING CONFERENCE                                        [Case No. F-04-6057 OWW DLB]