**PRINDLE, DECKER & AMARO LLP**
Jack C. Nick, Esq. (Bar No. 160196)
310 Golden Shore, Fourth Floor
P.O. Box 22711
Long Beach, CA  90801-5511
Telephone No. (562) 436-3946
Facsimile No. (562) 495-0564

**HOLMES WEDDLE & BARCOTT**
Michael A. Barcott (Bar No. 73681)
999 Third Avenue, Suite 2600
Seattle, WA  98104
Telephone No. (206) 292-8008
Facsimile No. (206) 340-0289

Attorneys for Defendants
**OARS CANYONLANDS, INC., O.A.R.S. COMPANIES, INC.
AND GEORGE WENDT**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R. GIL MCDOUGALD,<br><br>            Plaintiff,<br>     v.<br><br>O.A.R.S. COMPANIES, INC., a corporation; OARS CANYONLANDS, INC., a corporation; GEORGE WENDT, an individual; M/V METAL CRAFT JET BOAT bearing VIN 1FWE02522XA023408, her engines, tackle, apparel, furniture, and appurtenances, and DOES 1 through 10, inclusive,<br><br>            Defendants. | Civ. F-04-6057 OWW DLB<br><br>ORDER GRANTING O.A.R.S. DEFENDANTS' REQUEST FOR LEAVE TO FILE OVERLENGTH BRIEF |

THIS COURT, having reviewed the O.A.R.S. Defendants' Request for Leave to

File an Overlength Brief in support of its Motion to Dismiss for Lack of Subject Matter

Jurisdiction, HEREBY ORDERS:

   1.   Defendants' Request for Leave to File and Overlength Brief is GRANTED;

Case No. G-04-6057 OWW DLB

[PROPOSED] ORDER GRANTING O.A.R.S.
DEFENDANTS' REQUEST FOR LEAVE TO
FILE OVERLENGTH BRIEF - 1

**HOLMES WEDDLE & BARCOTT, PC**
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA  98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289

PDF created with pdfFactory trial version www.pdffactory.com

2. Defendants' Memorandum of Points and Authorities in Support of its Motion to Dismiss, totaling 35 pages exclusive of the table of contents, table of authorities and certificate of service, shall be accepted for filing in its entirety.

3. Plaintiff is hereby granted leave to file a brief in opposition that is up to 35 pages in length, exclusive of the table of contents, table of authorities and certificate of service.

4. Defendant is hereby granted leave to file a brief in reply that is up to 17 pages in length, exclusive of the certificate of service.

5. The Clerk is directed to send copies of this Order to all counsel of record.

DATED this __31st day of August, 2006

/s/ OLIVER W. WANGER
The Honorable Oliver W. Wanger
United States District Court Judge

PRESENTED BY:

HOLMES WEDDLE & BARCOTT
999 Third Avenue, Suite 2600
Seattle, WA  98104
(206) 292-8008

 /s/ Megan E. Blomquist, WSBA #32924 for
Michael A. Barcott, CSBA #73681
Attorney for Defendants OARS CANYONLANDS, INC, O.A.R.S. COMPANIES, INC. and GEORGE WENDT

Case No. G-04-6057 OWW DLB

[PROPOSED] ORDER GRANTING O.A.R.S.
DEFENDANTS' REQUEST FOR LEAVE TO
FILE OVERLENGTH BRIEF - 2

**HOLMES WEDDLE & BARCOTT, PC**
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA  98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289

PDF created with pdfFactory trial version www.pdffactory.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that, on the 25th day of August, 2006, the foregoing was electronically filed with the Clerk of Court, which will send notification of such filing to the following:

Richard M. Matheson
rmatheson@rmrplaw.com, rpeshell@rmrplaw.com

Kurt Leonard Micklow
kmicklow@banningmicklow.com, jculver@banningmicklow.com

J. David Nick
jdavidnick@netzero.com

Jack Clifford Nick
jnick@pdalaw.com

Daniel L. Rasmussen
dlr@paynefears.com

Salvatore Thomas Sirna
ssirna@csdlegal.com

   /s/ Moneca McYnturff
Moneca McYnturff

G:\4714\20207\Pldg\order overlength brief 8.23.06.doc

HOLMES WEDDLE & BARCOTT, PC
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA  98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289

Case No. G-04-6057 OWW DLB

[PROPOSED] ORDER GRANTING O.A.R.S. DEFENDANTS' REQUEST FOR LEAVE TO FILE OVERLENGTH BRIEF - 3

PDF created with pdfFactory trial version www.pdffactory.com