1  BANNING MICKLOW & BULL LLP
   Kurt Micklow, State Bar No. 113974
2  Edward M. Bull III, State Bar No. 141996
   One Market, Steuart Tower, Suite 1440
3  San Francisco, California 94105-1528
   Telephone:   (415) 399-9191
4  Facsimile:    (415) 399-9192

5  Attorneys for Plaintiff
   R. GIL MCDOUGALD
6
   PRINDLE, DECKER & AMARO LLP
7  Jack C. Nick, State Bar No. 160196
   310 Golden Shore, Fourth Floor
8  P.O. Box 22711
   Long Beach, CA 90801-5511
9  Telephone: (562) 436-3946
   Facsimile: (562) 495-0564
10
   Attorneys for Defendants
11 O.A.R.S. COMPANIES, INC., OARS CANYONLANDS, INC.,
   and GEORGEWENDT
12
   CAMMARANO, SIRNA & DALEY, LLP
13 Salvatore T. Sirna, State Bar No. 190155
   555 E. Ocean Blvd., 5th Floor
14 Long Beach, CA 90802
   Telephone: (562) 495-9501
15 Facsimile: (562) 495-3674

16 Attorneys for Amicus Curiae
   AMERICAN OUTDOORS
17
                  UNITED STATES DISTRICT COURT
18
                  EASTERN DISTRICT OF CALIFORNIA
19
                       FRESNO DIVISION
20
21 R. GIL MCDOUGALD,                        )  Civ. F-04-6057 OWW DLB
                                            )
22              Plaintiff,                   )  **STIPULATION AND**
                                            )  **PROPOSED ORDER**
   vs.                                      )  **REGARDING BRIEFING**
23                                          )  **SCHEDULE AND LENGTH OF**
   O.A.R.S. COMPANIES, INC., a              )  **BRIEFS FOR MOTION TO**
24 corporation, OARS CANYONLANDS,           )  **DISMISS**
   INC., a corporation, GEORGE WENDT, an    )
   individual, and M/V METAL CRAFT JET      )
25 BOAT bearing VIN 1FWE025                  )  **DATE:       November 20, 2006**
   22XAO23408, her engines, tackle, apparel,)  **TIME:        8:45 a.m.**
26 furniture, and appurtenances, and DOES 1 )  **COURTROOM 3**
   through 10, inclusive.                    )  **JUDGE OLIVER W. WANGER**
27              Defendants.                  )
   _____ )
28

STIPULATION AND PROPOSED ORDER REGARDING BRIEFING SCHEDULE AND LENGHT OF BRIEFS
FOR MOTION TO DISMISS

[Case No. F-04-6057 OWW DLB]

[K:\OWW\Stipulations\04cv6057.stip.wpd]

Plaintiff R. GIL MCDOUGALD ("Plaintiff"), Defendants OARS CANYONLANDS, INC., O.A.R.S. Companies, Inc., and GEORGE WENDT (collectively "Defendants"), and Amicus Curiae AMERICAN OUTDOORS, hereby stipulate to the following regarding the Motion to Dismiss currently scheduled for hearing November 20, 2006:

As Defendants have been granted permission by the court to file its overlength brief, Plaintiff's Memorandum of Points and Authorities in Opposition to the Motion to Dismiss brief may be up to 35 pages; and

Defendants' Reply to Opposition may be up to 15 pages.

The parties will file briefs in support of the Motion to Dismiss according to the following schedule:

Amicus Curiae AMERICAN OUTDOORS to file its brief regarding the Motion to Dismiss by September 15, 2006;

Plaintiff to file his Opposition by October 17, 2006;

Defendants to file their Reply by October 27, 2006.

DATED: September 8, 2006     BANNING MICKLOW & BULL LLP


By /s/ Kurt Micklow _____

Kurt Micklow

Attorneys for Plaintiff
R. GIL MCDOUGALD

DATED: September 8, 2006     PRINDLE, DECKER & AMARO LLP


By /s/ Jack C. Nick _____

Jack C. Nick

Attorneys for Defendants OARS
CANYONLANDS, INC., O.A.R.S. COMPANIES,
INC. and GEORGE WENDT

STIPULATION AND PROPOSED ORDER REGARDING BRIEFING SCHEDULE AND LENGHT OF BRIEFS FOR MOTION TO DISMISS

[Case No. F-04-6057 OWW DLB]

1
2    DATED: September 8, 2006        CAMMARANO, SIRNA & DALEY, LLP

3
                                    By /s/ Salvatore T. Sirna
4
                                       Salvatore T. Sirna
5
                                    Attorneys for Amicus Curiae
6                                   AMERICAN OUTDOORS

7

8    IT IS SO ORDERED.

9    **Dated:    September 12, 2006**          **/s/ Oliver W. Wanger**
     emm0d6                              UNITED STATES DISTRICT JUDGE
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND PROPOSED ORDER REGARDING BRIEFING SCHEDULE AND LENGHT OF BRIEFS
FOR MOTION TO DISMISS

[Case No. F-04-6057 OWW DLB]