1  BANNING MICKLOW & BULL LLP
   Kurt Micklow, State Bar No. 113974
2  Edward M. Bull III, State Bar No. 141996
   One Market, Steuart Tower, Suite 1440
3  San Francisco, California 94105-1528
   Telephone:  (415) 399-9191
4  Facsimile:  (415) 399-9192

5  Attorneys for Plaintiff,
   R. GIL MCDOUGALD
6
   PRINDLE, DECKER & AMARO LLP
7  Jack C. Nick, State Bar No. 160196
   310 Golden Shore, Fourth Floor
8  P.O. Box 22711
   Long Beach, CA 90801-5511
9  Telephone: (562) 436-3946
   Facsimile: (562) 495-0564
10
   Attorneys for Defendants
11 OARS CANYONLANDS, INC., GEORGE
   WENDT and O.A.R.S COMPANIES, INC.
12

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| R. GIL MCDOUGALD, | Civ. F-04-6057 OWW DLB |
| Plaintiff, | **STIPULATION AND ORDER VACATING HEARING DATE ON MOTION TO DISMISS AND SETTING A DEADLINE TO DISMISS CASE IN LIGHT OF EXECUTORY SETTLEMENT** |
| vs. | |
| O.A.R.S. COMPANIES, INC., a corporation, OARS CANYONLANDS, INC., a corporation, GEORGE WENDT, an individual, M/V METAL CRAFT JET BOAT bearing VIN 1FWE02522XAO23408, her engines, tackle, apparel, furniture, and appurtenances, and DOES 1 through 10, inclusive. | |
| Defendants. | |

**I.   RECITALS**

WHEREAS Plaintiff R. GIL MCDOUGALD ("Plaintiff") and Defendants

O.A.R.S. COMPANIES, INC., OARS CANYONLANDS, INC., and GEORGE

1

STIPULATION AND [PROPOSED] ORDER  VACATING HEARING DATE ON MOTION TO DISMISS
AND SETTING A DEADLINE TO DISMISS CASE IN LIGHT
OF EXECUTORY SETTLEMENT                                             [Case No. F-04-6057 OWW DLB]

WENDT (collectively "Defendants") attended a mediation at JAMS San Francisco on October 3, 2006;

WHEREAS at the mediation the parties agreed to a settlement of this action that includes Plaintiff executing a settlement and release and Defendants tendering certain consideration to Plaintiff;

WHEREAS the parties wish to be given a short period of time by the Court to conclude their executory settlement and file a dismissal pursuant to Rule 41(a)(1); and

WHEREAS in light of the pending settlement, the parties wish to take off calendar the motion to dismiss for lack of admiralty jurisdiction filed by Defendants, which motion is set to be heard on November 20, 2006.

## II.   STIPULATION

WHEREFORE, IT IS HEREBY STIPULATED, between Plaintiff and Defendants, by and through their respective counsel of record herein, that the Court be respectfully requested to order that:

1) Defendants' motion to dismiss for lack of admiralty jurisdiction currently set for hearing on November 20, 2006 be taken off calendar; and

2) The parties file stipulation of dismissal upon conclusion of the executory settlement within thirty (30) days of the date of the Court's order.

DATED: October 9, 2006        BANNING MICKLOW & BULL LLP


By    /s/ Kurt Micklow
         Kurt Micklow
      Attorneys for Plaintiff

2
STIPULATION AND [PROPOSED] ORDER  VACATING HEARING DATE ON MOTION TO DISMISS
AND SETTING A DEADLINE TO DISMISS CASE IN LIGHT
OF EXECUTORY SETTLEMENT                                        [Case No. F-04-6057 OWW DLB]

| | | |
|---|---|---|
| 1 | DATED: October 9, 2006 | PRINDLE, DECKER & AMARO LLP |

By   /s/ Jack C. Nick

Jack C. Nick

Attorneys for Defendants

**CERTIFICATE OF SIGNATURE**

I attest that the content of this document is acceptable to attorney, Jack C. Nick, and that he authorized me to sign the document on his behalf.

  /s/ Kurt Micklow

### III.   ORDER

IT IS SO ORDERED.  Defendants' motion to dismiss is hereby ordered off calendar and the parties shall file a stipulation of dismissal upon the conclusion of the settlement within thirty (30) days from the date hereof.

IT IS SO ORDERED.

**Dated:   October 11, 2006**          **/s/ Oliver W. Wanger**
emm0d6                                         UNITED STATES DISTRICT JUDGE

3

STIPULATION AND [PROPOSED] ORDER  VACATING HEARING DATE ON MOTION TO DISMISS
AND SETTING A DEADLINE TO DISMISS CASE IN LIGHT
OF EXECUTORY SETTLEMENT           [Case No. F-04-6057 OWW DLB]