```
                   UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF CALIFORNIA


R. GIL McDOUGALD,              )
                               )
                               )
           Plaintiff,          )     1:04-cv-6057 OWW SMS
                               )
     v.                        )
                               )
O.A.R.S. COMPANIES, INC.,      )     ORDER DISMISSING ACTION
et al.,                        )     WITH PREJUDICE
                               )
           Defendant           )
_____)
```

Pursuant to the stipulation submitted by the parties in this matter,

IT IS ORDERED that this action is dismissed with prejudice with each party to bear his or its own attorney's fees and costs. IT IS SO ORDERED.

Emm0d6 Dated:   November 9, 2006        /s/ Oliver W. Wanger
                                       UNITED STATES DISTRICT JUDGE

1